In the Matter of ANNETTE B. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH B., Appellant.

Submitted May 17, 2004; decided July 1, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise granted.

In the Matter of LAWRENCE R. CASTELLANO, Appellant, v JULIANE C. ROSS, Respondent.

Submitted May 24, 2004; decided July 1, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed the denial of the motion for leave to reargue, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

ANTHONY DeROSA, Appellant, v J.P. MORGAN CHASE et al., Respondents, et al., Defendant.

Submitted May 24, 2004; decided July 1, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).